**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOBBY L. MILES, JR., | CV 22-8093 PA (SKx) |
| Plaintiff, | JUDGMENT OF DISMISSAL |
| v. | |
| INTELIFI, INC., | |
| Defendant. | |

Pursuant to this Court's January 4, 2023 Minute Order dismissing this action for lack of prosecution, it is HEREBY ORDERED, ADJUDGED, AND DECREED that the action filed is dismissed without prejudice.

DATED:  January 4, 2023

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE